KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
SUANN MACISAAC (SBN 205659)
smacisaac@khiks.com
ASHLEE DIFUNTORUM (SBN 322610)
adifuntorum@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Applicant Lucy Guo



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF LUCY GUO<br><br>Applicant,<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No.<br><br>**LUCY GUO'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>[Memorandum of Points & Authorities, Declaration of Lucy Guo, Declaration of Paul Tweed, and [Proposed] Order submitted concurrently herewith] |

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

Applicant Lucy Guo ("Applicant" or "Guo"), through counsel, applies to the Court for an order under 28 U.S.C. § 1782 ("Section 1782") granting her leave to issue and serve subpoenas on Meta Platforms, Inc. ("Meta") for the production of documents and testimony for use in a defamation action that Guo is reasonably contemplating bringing against Wallis Day ("Day") in the United Kingdom ("UK").

The subpoenas seek documents and testimony relating to a single Instagram story posted on Day's account (@wallisday) on May 13 or 14, 2026, including: (1) how long the story remained visible to other users; (2) how many accounts viewed it and the identity and location of those accounts; (3) how many times it was liked, reposted, and/or shared; (4) the date and time it was published and the date, time, and mechanism by which it was removed; and (5) the number of followers of Day's account (@wallisday) and Guo's account (@guoforit) on the day before and the day after the story was posted. This information is necessary to Guo's contemplated claim against Day for defamation in the UK.

As explained in the accompanying Memorandum of Points and Authorities, this Application meets each of the three statutory requirements of Section 1782 and each of the four discretionary factors that courts routinely consider in determining whether to grant relief under Section 1782.

The Court should consider this Application *ex parte*. "Applications brought pursuant to 28 U.S.C. § 1782 typically are considered on an *ex parte* basis, since 'parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.'" *In re Apple Retail UK Ltd.*, No. 20-MC-80109, 2020 WL 3833392 at *2 (N.D. Cal. July 8, 2020) (quoting *IPCom GmbH & Co. KG v. Apple Inc.*, 61 F. Supp. 3d 919, 922 (N.D. Cal. 2014)); *see also U.S. v. Google LLC*, 690 F. Supp. 3d 1011, 1024 (N.D. Cal. 2023) (granting application under Section 1782 on an *ex parte* basis); *In re Republic of Ecuador*, No. 10-MC-80225, 2010 WL 3702427 at *2 (N.D. Cal. Sept. 15, 2010) (same).

This Application is supported by the Memorandum of Points and Authorities and the Declarations of Lucy Guo and Paul Tweed filed concurrently herewith. A Proposed Order is also filed herewith, and the proposed subpoenas to Meta are attached to this Application as **Exhibits 1** and **2**.

DATED: November 3, 2026

Respectfully submitted,

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: *s/Suann C. MacIsaac*
Suann MacIsaac
Attorneys for Applicant Lucy Guo

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850