KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
SUANN MACISAAC (SBN 205659)
smacisaac@khiks.com
ASHLEE DIFUNTORUM (SBN 322610)
adifuntorum@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Applicant Lucy Guo

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF LUCY GUO<br><br>Applicant,<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No.<br><br>**DECLARATION OF LUCY GUO IN SUPPORT OF HER *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>[*Ex Parte* Application, Memorandum of Points & Authorities, Declaration of Paul Tweed, and [Proposed] Order submitted concurrently herewith] |

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

# DECLARATION OF LUCY GUO

I, Lucy Guo, make this declaration pursuant to 28 U.S.C. § 1746 in support of my application (the "Application") for a discovery order pursuant to 28 U.S.C. § 1782 requesting third-party discovery from Meta Platforms, Inc. ("Meta") to aid in foreign litigation against Wallis Day ("Day") in the United Kingdom ("UK"). I declare as follows:

1. I am over the age of 18, am sound of mind, and make this declaration on the basis of my personal knowledge and my review of publicly available information. I am a citizen of the United States.

2. I am a tech leader who co-founded the data-labeling company Scale AI and founded and runs the creator platform Passes. I am also a DJ in the electronic music space and have appeared at major music festivals, including Ultra Miami.

3. I am informed and believe that Day is an actress who is domiciled in and a citizen of the UK. Day and I were romantically involved from approximately July 2025 until February 2026, when I ended the relationship. Thereafter, Day sought, unsuccessfully, to obtain hundreds of thousands of dollars from me.

4. On May 13 or 14, 2026, I posted an Instagram story to my Instagram account (@guoforit) to publicize and promote my latest single/remix titled "Done with your ex[.]" Shortly thereafter, on May 13 or 14, 2026, Day posted my Instagram story on her own Instagram account (@wallisday) to the public and to her approximately 430,000 Instagram followers and added the following caption:

> broke up with me lol…tried to get me to sign a prenup, came in wasted and tried to have sex, I told you no & left. Then stole hundreds of thousands worth of my belongings to coerce me into signing an NDA with hush money. I refused. Because everyone should know how dangerous Lucy Guo is. But continue your narrative. Everyone knows the truth. Watch out guys, this person refused to let emergency services into their house when someone was dying because they had drugs everywhere #narcissist

(the "Instagram Story Post"). A true and correct copy of a screenshot of Day's Instagram Story Post is attached hereto as **Exhibit A**. Day's Instagram Story Post

was later deleted, removed, or expired on a date and in circumstances that I am unaware of.

5. Although the Instagram Story Post is replete with falsehoods, my defamation claim will focus on Day's most offensive statement, which is entirely false. I never refused to let emergency services into my house to help anyone, let alone when someone was dying.

6. I have retained UK counsel, W.P. Tweed & Co., who have sent a pre-action Letter of Claim to Day and to which Day's UK counsel Mishcon de Reya have responded. I understand that my UK counsel and Day's counsel have exchanged seven letters about my planned defamation claim.

7. I intend to file a defamation claim against Day in the High Court of England and Wales, King's Bench Division (Media and Communications List). I have authorized my UK counsel and UK barrister to begin drafting the Claim Form and Particulars of Claim, which I understand to be required to initiate that defamation claim against Day. I will not include Meta as a party to that litigation.

8. I am not aware of any restrictions on proof-gathering procedures in the UK that would prohibit me from obtaining the discovery I seek in this Application. The Application is not an attempt to circumvent any foreign proof-gathering restrictions or other policies of the U.S. or the UK.

I declare under the penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on November 3, 2026, in Los Angeles, California.

Lucy Guo

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850