# EXHIBIT A


guoforit 18h
wallisday 25s
fun fact, i broke up with my ex the night we made this
DONE WITH YOUR EX
Done with Your Ex (Lucy Guo, Venessa Michaels,...
Lucy Guo, Venessa Mich...
TRACK
Send me
Broke up with me lmao... tried to get me to sign a prenup, came in wasted & tried to have sex, I told you no & left. Then stole hundreds of thousands worth of my belongings to coerce me into signing an NDA with hush money. I refused. Because everyone should know how dangerous Lucy Guo is. But continue your narrative. Everyone knows the truth.
Watch out guys, this person refused to let emergency services into her house when someone's was dying because they had drugs everywhere #narcissist