KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
SUANN MACISAAC (SBN 205659)
smacisaac@khiks.com
ASHLEE DIFUNTORUM (SBN 322610)
adifuntorum@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Applicant Lucy Guo

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF LUCY GUO<br><br>Applicant,<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING | Case No.<br><br>**DECLARATION OF PAUL TWEED IN SUPPORT OF LUCY GUO'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>[*Ex Parte* Application, Memorandum of Points & Authorities, Declaration of Lucy Guo, and [Proposed] Order submitted concurrently herewith] |

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

# DECLARATION OF PAUL TWEED

I, Paul Tweed, make this declaration pursuant to 28 U.S.C. § 1746 in support of the application (the "Application") of Lucy Guo ("Guo" or "Applicant") for a discovery order pursuant to 28 U.S.C. § 1782 requesting third-party discovery from Meta Platforms, Inc. ("Meta") to aid in foreign litigation against Wallis Day ("Day") in the United Kingdom ("UK"). I declare as follows:

1. I am over the age of 18, am sound of mind, and make this declaration on the basis of my personal knowledge and my review of publicly available information. I am a practicing solicitor admitted to and in good standing with the Solicitors Regulation Authority, the independent regulatory body for solicitors and law firms in England and Wales. I am the Senior Partner and Founder of the W.P. Tweed & Co. ("W.P. Tweed") law firm, with offices in London, Dublin, and Belfast.

2. I have over thirty years of experience in the field of UK media law and am a regular contributor on media law issues in both traditional and online media. I have been involved in several hundred high-profile defamation actions in the UK and Ireland. By invitation, I have addressed the Parliamentary Joint Committee on the draft Defamation Bill and the Northern Ireland Assembly Committee on the Defamation Act.

3. Guo has retained W.P. Tweed in connection with her planned UK defamation claim against Day, which is based on the May 13 or 14, 2026, Instagram story post by Day to Day's Instagram account (@wallisday) containing the following caption:

> broke up with me lol…tried to get me to sign a prenup, came in wasted and tried to have sex, I told you no & left. Then stole hundreds of thousands worth of my belongings to coerce me into signing an NDA with hush money. I refused. Because everyone should know how dangerous Lucy Guo is. But continue your narrative. Everyone knows the truth. Watch out guys, this person refused to let emergency services into their house when someone was dying because they had drugs everywhere #narcissist

(the "Instagram Story Post").

4. I am informed and believe that Day's Instagram Story Post contains false statements that harm Guo's reputation. Accordingly, there is potential civil liability here for defamation under UK law. The Instagram Story Post identifies Guo directly and publishes serious allegations concerning her, which I am advised are entirely false and which clearly bear a defamatory meaning. The allegations are likely to cause ordinary readers to think less of Guo, to distrust her, and to regard her as having engaged in improper or wrongful conduct. The publication was made to a significant, but currently unquantifiable, number of Day's "followers" and users of Instagram and has therefore been communicated to third parties. The allegations have caused, or are likely to cause, serious harm to Guo's reputation within the meaning of section 1 of the Defamation Act 2013.

5. Guo authorized W.P. Tweed to issue pre-action correspondence to Day in advance of her planned defamation claim against Day. Day has engaged legal counsel, Mishcon de Reya. We have exchanged a number of letters with Mishcon de Reya. For example, W.P. Tweed sent a Letter of Claim to Day's counsel on May 22, 2026, and Day's UK counsel Mishcon de Reya responded to that Letter of Claim on June 22, 2026. No resolution to the claim has been reached.

6. Guo has informed W.P. Tweed that she intends to file a defamation claim against Day in the jurisdiction of England and Wales. Because Day is, on information and belief, domiciled in and a citizen of the UK, the High Court of England and Wales, King's Bench Division (Media and Communications List) will have unlimited general jurisdiction over worldwide publication of Day's Instagram Story Post. For completeness, Day, through her solicitors, asserts that she is of no fixed abode and therefore reserves her right to contest jurisdiction and disputes that England and Wales is the most appropriate forum. Notwithstanding that position, based on my instructions, I remain satisfied that England and Wales is the appropriate forum for these proceedings.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

7. Guo has authorized W.P. Tweed to begin drafting the Claim Form and Particulars of Claim, which are required to initiate the UK defamation claim against Day. My office, in conjunction with a specialist defamation barrister, is currently drafting the Claim Form and Particulars of Claim. Meta will not be a party to that litigation, and therefore the UK court will be unable to compel Meta to produce discovery.

8. I have reviewed the proposed subpoenas attached as Exhibits 1 and 2 to the Application and confirm that the information and documents sought are highly relevant to, and necessary for, Guo's defamation claim against Day under UK law, including to prove publication and its extent, and to demonstrate that Day's Instagram Story Post caused serious harm to Guo's reputation. I am not aware of any restrictions on proof-gathering procedures in the UK that would prohibit Guo from obtaining the discovery she seeks in this Application. The Application is not an attempt to circumvent any foreign proof-gathering restrictions or other policies of the U.S. or the UK.

I declare under the penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on October 26th, 2026, in Belfast, Northern Ireland.

[signature]

Paul Tweed

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850