UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*IN RE EX PARTE* APPLICATION OF LUCY GUO.

Case No. 26-mc-80326-SK

**ORDER SETTING BRIEFING SCHEDULE AND REQURING SERVICE**

Regarding Docket No. 1

On November 3, 2026, Applicant Lucy Guo ("Applicant") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from Respondent Meta Platforms, Inc. ("Respondent") for use in a foreign proceeding. (Dkt. No. 1.) Applicant seeks an order from this Court granting her leave to issue a subpoena on Respondent to produce documents for use in a contemplated civil defamation lawsuit by Applicant in the United Kingdom. (*Id.*, p. 2.)

The Court HEREBY ORDERS that Applicant shall serve a copy of her application, supporting documents, and this Order on Respondent no later than November 13, 2026. Applicant shall file proof of service by no later than November 16, 2026. Applicant and Respondent shall file a consent/declination form[1] indicating whether they consent to or decline magistrate judge jurisdiction by no later than November 20, 2026. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

If the Court does not receive consent by November 20, 2026, the Court will order the Clerk to reassign this matter to a district judge.

/ / /

/ / /

[1] The form is available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form.

United States District Court
Northern District of California

United States District Court
Northern District of California

Respondent shall file its response to the application by November 27, 2026. Applicant shall file its reply, if any, by December 4, 2026. No hearing will be held unless the Court deems one necessary.

**IT IS SO ORDERED**.

Dated: November 6, 2026

SALLIE KIM
United States Magistrate Judge